1  LEONARDO M. RAPADAS
2  United States Attorney
   MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Sirena Plaza Suite 500
4  108 Hernan Cortez Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 472-7332
   Telecopier: (671) 472-7334
6
   Attorneys for United States of America
7

**FILED**
**DISTRICT COURT OF GUAM**

APR 2 2 2008 RD.

**JEANNE G. QUINATA**
**Clerk of Court**

8              **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF GUAM**

10

11  IN RE:                                    )
                                              )
12  THE MATTER OF THE SEARCH OF               )    MAGISTRATE CASE NO. 08-00004
    ELECTRONIC DEVICES SEIZED FROM            )
13  MARK ANTHONY BARTOLOME                    )    **LODGED UNDER SEAL**
    ON FEBRUARY 28, 2007                      )
14                                            )    **UNITED STATES' MOTION**
                                              )    **FOR EXTENSION OF TIME**
15                                            )    **FOR RETURN OF SEARCH**
                                              )    **WARRANT**
16                                            )
                                              )
17  _____  )

18        COMES NOW the United States, by its attorney, Marivic P. David, Assistant U.S.

19  Attorney, and moves this Honorable Court for an order granting an extension of time for return

20  of search warrant in the above-entitled case, and that the matter remain sealed, for the reason that

21  further investigation is still pending, which may be hindered by making this cause available for

22  public scrutiny. In support of this motion, the government avers as follows:

23        1.    On April 7, 2008, Task Force Agent, U.S. Immigration and Customs Enforcement

24  (ICE) Peter F. Ungacta, applied for a search warrant for electronic devices seized from Mark

25  Anthony Bartolome in connection with his arrest on February 28, 2007. This Court authorized

26  said search warrant of certain electronic devices.

27  //

28

1

2     2.     The search warrant authorized a forensic search of the devices which must be

3 accomplished at the Cyber Crimes Unit of ICE in Chicago, Illinois. Agent Ungacta spoke with

4 examiner Wolflick on April 22, 2008 and learned the search is ongoing and completion is

5 anticipated by May 6, 2008.

6     3.     The government attorney only learned that the computer search had not been

7 completed on April 18, 2008.

8     WHEREFORE, for these reasons, the government respectfully requests that this Court

9 enter an order permitting the government a thirty-day extension of time for return of search

10 warrant.

11     RESPECTFULLY SUBMITTED this 22 day of April, 2008.

12

13                                     LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

14

15                      By:

16                                   MARIVIC P. DAVID
Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

**ORIGINAL**